UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK ALLEN SILVA,

                Plaintiff,

    v.

WESTERN STATE HOSPITAL,

                Defendant.

CASE NO. 3:25-CV-5983-RAJ-DWC

REPORT AND RECOMMENDATION

Noting Date: January 28, 2026

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Mark Allen Silva, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on November 3, 2025. *See* Dkt. 1. Plaintiff has not responded to the Court's order directing him to file an amended complaint. Therefore, the Court recommends this case be dismissed without prejudice for failure to respond to a Court order and for failure to state a claim upon which relief can be granted.

In the Complaint, Plaintiff, who identifies himself as a civilly committed detainee, alleges Defendants Western State Hospital punished him for having a mental health episode. Dkt. 6. As a result of his episode, he lost privileges and was placed on "level one." *Id*.

REPORT AND RECOMMENDATION - 1

On November 24, 2025, the Court found Plaintiff failed to state a claim upon which relief can be granted. Dkt. 7 ("Order"). The Court provided Plaintiff with leave to file an amended pleading by December 24, 2025, to cure the deficiencies. *Id*. The Court warned Plaintiff it would recommend dismissal of this action if Plaintiff did not correct the deficiencies of the Complaint. *See id.*

Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to state a claim upon which relief can be granted. *See* Dkt. 7. Accordingly, the Court recommends this case be dismissed without prejudice for failure to follow a Court order and failure to state a claim.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 28, 2026**.

Dated this 7th day of January, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2